IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, and ALLIANCE FOR THE WILD ROCKIES,<br><br>           Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the United States Forest Service, UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture, and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States Department of Interior,<br><br>           Defendants. | CV 12–27–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendants' Unopposed Motion to Appear Remotely. (Doc. 101.) Defendants' attorneys would have to travel from Washington, D.C. to Missoula for the hearing, and both attorneys wish to avoid travel to minimize potential exposure to COVID-19 and avoid unnecessary travel costs if Ms. Carpenter's subject matter expertise is not required at the hearing. (*Id.* at 2–3.) Plaintiffs do not oppose the motion. (*Id.* at 2.)

1

Accordingly, IT IS ORDERED that the motion (Doc. 101) is GRANTED. Defendants' counsel may appear by Zoom at the hearing. The Clerk of Court will notify counsel via e-mail of the meeting ID and password. Zoom Guidance and Setup are available at https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 12th day of April, 2022.

Dana L. Christensen, District Judge
United States District Court