UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, AND ALLIANCE FOR THE WILD ROCKIES,<br><br>    Plaintiff,<br><br> vs.<br><br>LEANNE MARTEN, REGIONAL FORESTER OF REGION ONE OF THE UNITED STATES FOREST SERVICE, UNITED STATES FOREST SERVICE, AN AGENCY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, AND UNITED STATES FISH AND WILDLIFE SERVICE, AN AGENCY OF THE UNITED STATES DEPARTMENT OF INTERIOR,<br><br>    Defendant. | Case No. CV-12-027-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

Dated this 6th day of December, 2022.

                            TYLER P. GILMAN, CLERK

                            By: /s/ Sarah Nagy
                            Sarah Nagy, Deputy Clerk